```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 9/9/15
```

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

IN RE FAIRWAY GROUP HOLDINGS CORP.
SECURITIES LITIGATION                                              14 Civ. 0950 (LAK) (AJP)

- - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - - x

## ORDER

LEWIS A. KAPLAN, *District Judge.*

   The motions of (1) the Underwriter Defendants[1] to dismiss counts III and IV of the second amended class action complaint [DI 87], and (2) the Fairway Defendants[2] and the Sterling Defendants[3] to dismiss the second amended complaint [DI 88] are granted as recommended by Magistrate Judge Andrew J. Peck in a report and recommendation dated August 19, 2015 to which no objections have been filed.

   The Clerk shall enter judgment and close the consolidated case and those cases consolidated therein (14-cv-1015, 14-cv-1786).

   SO ORDERED.

Dated:   September 9, 2015

                       _____
                         Lewis A. Kaplan
                 United States District Judge

---

[1]  Credit Suisse Securities (USA) LLC, Merrill Lynch, Pierce, Fenner & Smith Incorporated, Jefferies LLC, William Blair & Company, L.L.C., BB&T Capital Markets, a division of BB&T Securities, LLC, Guggenheim Securities, LLC, Oppenheimer & Co. Inc., Wolfe Research Securities (f/k/a Wolfe Trahan Securities), and Morgan Joseph TriArtisan LLC.

[2]  Fairway Group Holdings Corp., Charles Santoro, Herbert Ruetsch, Edward Arditte, Linda Siluk, Michael Barr, Howard Glickberg, Stephen Key, William Selden, and Farid Suleman.

[3]  Sterling Investment Partners L.P., Sterling Investment Partners II, L.P., Sterling Investment Partners Side-by-Side, L.P., Sterling Investment Partners Side-by-Side II, L.P., and Sterling Investment Partners Advisers, LLC.;