USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 9/10/2015

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-------------------------------------------------------------X

IN RE FAIRWAY GROUP HOLDINGS CORP.
SECURITIES LITIGATION

-------------------------------------------------------------X

14 **CIVIL** 0950 (LAK) (AJP)

**JUDGMENT**

Whereas the above-captioned action having come before this Court, and the matter having

come before the Honorable Lewis A. Kaplan, United States District Judge, and the Court, on

September 9, 2015, having rendered its Order granting the motions of (1) the Underwriter

Defendants to dismiss counts III and IV of the second amended class action complaint [DI 87], and

(2) the Fairway Defendants and the Sterling Defendants to dismiss the second amended complaint

[DI88] as recommended by Magistrate Judge Andrew J. Peck in a report and recommendation dated

August 19, 2015, to which no objections have been filed, and directing the Clerk to enter judgment

and close the consolidated case and those consolidated therein (14-cv-1015, 14-cv-1786), it is,

**ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the

Court's Order dated September 9, 2015, the motions of (1) the Underwriter Defendants to dismiss

counts III and IV of the second amended class action complaint [DI 87], and (2) the Fairway

Defendants and the Sterling Defendants motion to dismiss the second amended complaint [DI 88]

are granted as recommended by Magistrate Judge Andrew J. Peck in a report and recommendation

dated August 19, 2015, to which no objections have been filed; accordingly, the consolidated case

and those cases consolidated therein (14-cv-1015, 14-cv-1786) are closed.

**Dated:** New York, New York
September 10, 2015

**RUBY J. KRAJICK**
_____
**Clerk of Court**

**BY:**
_____
**Deputy Clerk**

THIS DOCUMENT WAS ENTERED
ON THE DOCKET ON _____